# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 1:19-CR-315 |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **RICHARD TYLER,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 2nd day of September, 2021, upon consideration of the motion (Doc. 38) for suppression of evidence by defendant Richard Tyler, and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motion (Doc. 38) to suppress evidence seized from 611 Mulberry Street in York, Pennsylvania is GRANTED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania